**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MELISSA HALIGAS, | ) | |
| | ) | Case No. 22-cv-313 |
| Plaintiff, | ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Young B. Kim |
| CITY OF CHICAGO, RICHARD | ) | |
| MCCALLUM, and JUAN DELGADO, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants, City of Chicago, by and through one if its attorneys, William Cook, and

Officers Richard McCallum, and Juan Delgado, (collectively "Defendants") by and through one

of their attorneys, Tyler D. Michals, Assistant Corporation Counsel, respectfully move this

Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule

56.1 of the Northern District of Illinois for an entry of summary judgment on all counts against

the Plaintiff, and for Officers Richard McCallum, Juan Delgado, and the City of Chicago.

Defendants move for summary judgment on all of Plaintiff's claims against Defendants,

including Plaintiff's claims of: (i) unlawful arrest; (ii) excessive force; (iii) failure to intervene;

(iv) unconstitutional custom; (v) failure to train; and (vi) indemnification.

As a result, Defendants are entitled to judgment in their favor as a matter of law. In

support of this motion, Defendants submit the attached memorandum, Rule 56.1 statement of

uncontested facts, and exhibits, which are incorporated herein by reference.

Dated:  December 11, 2023

Respectfully submitted,

/s/ Tyler D. Michals
Tyler D. Michals
Assistant Corporation Counsel

Jessica L. Griff, Assistant Corporation Counsel Supervisor
Tyler D. Michals, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-2826
Attorney No. 6309134
Jessica.Griff@cityofchicago.org
Tyler.Michals@cityofchicago.org
*Attorneys for the Defendant Officers*

/s/ Maxwell Evan Lisy
MAXWELL EVAN LISY
Assistant Corporation Counsel Supervisor

Maxwell Evan Lisy, Assistant Corporation Counsel Supervisor
William Cook, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-0305
Attorney No.: 6321014
Maxwell.lisy@cityofchicago.org
*Counsel for Defendant City of Chicago*

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing with the United States District Court,

Northern District of Illinois', ECF filing system on this 11th day of December 2023, thereby

causing a copy of the foregoing to be served upon all counsel of record.

*/s/ Tyler D. Michals*
Tyler D. Michals
Assistant Corporation Counsel