**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELISSA HALIGAS, | ) | |
| | ) | Case No. 22-cv-313 |
| Plaintiff, | ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Young B. Kim |
| CITY OF CHICAGO, RICHARD | ) | |
| MCCALLUM, and JUAN DELGADO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR SUMMARY**
**JUDGMENT REPLY MEMORANDUM IN EXCESS OF FIFTEEN PAGES**

Defendants, City of Chicago and Chicago Police Officers Richard McCallum and Juan Delgado, (hereinafter "Defendant City," and collectively "Defendants"), by and through their undersigned attorneys respectfully request leave to file **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** in excess of fifteen (15) pages and state as follows:

**DISCUSSION**

1.      Northern District of Illinois Local Rule 7.1 Provides that no brief in support of or in opposition to any motion pending in this court shall exceed 15 pages without prior approval of this court.

2.      Plaintiff seeks to hold Defendants liable for alleged damages arising from her arrest that occurred on January 31, 2020.  Specifically, Plaintiff claims the following (i) unlawful arrest; (ii) excessive force; (iii) failure to intervene; (iv) unconstitutional custom; (v) failure to train; and (vi) indemnification.  Due to the claims and factual circumstances surrounding the events leading up to Plaintiff's interaction with the defendant officers defendants need additional pages for their reply memorandum.

3. As such, Defendants ask for leave of court to file up to 12 additional pages (*i.e.* a memorandum up to 27 pages in length).

4. On March 27, 2024, undersigned counsel spoke with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff's counsel indicated via email correspondence that she had no objection to the relief sought herein.

WHEREFORE, Defendants respectfully request leave to file their summary judgment reply memorandum in excess of 15 pages, up to and including 27 pages in length.

Respectfully submitted,

/s/ *Tyler D. Michals*
Tyler D. Michals
Assistant Corporation Counsel

Jessica L. Griff, Assistant Corporation Counsel Supervisor
Tyler D. Michals, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-2826
Attorney No. 6309134
Jessica.Griff@cityofchicago.org
Tyler.Michals@cityofchicago.org
*Attorneys for the Defendant Officers*

/s/ *Maxwell Evan Lisy*
MAXWELL EVAN LISY
Assistant Corporation Counsel Supervisor

Maxwell Evan Lisy, Assistant Corporation Counsel Supervisor
William Cook, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-0305
Attorney No.: 6321014
Maxwell.lisy@cityofchicago.org
*Counsel for Defendant City of Chicago*

2