## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Melissa Haligas
                              Plaintiff,

v.                                                                  Case No.: 1:22−cv−00313
                                                                            Honorable Elaine E. Bucklo

City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Final pretrial conference held on 4/2/2025. Jury Trial (one week) is (tentatively) set for 7/28/2025 at 9:00 a.m. Defendants shall file a status report by 6/2/2025 informing the court as to whether the trial may proceed on that date. In the event 7/28/2025 doesn't work, the trial is set for 1/5/2026 (one week). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.