# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELISSA HALIGAS, | |
| *Plaintiff*, | Case No. 1:22-cv-00313 |
| v. | Hon. Elaine E. Bucklo |
| CITY OF CHICAGO et al., | Hon. Young B. Kim |
| *Defendants*. | |

## DEFENDANT CITY OF CHICAGO'S STATUS REPORT ON TRIAL SCHEDULE

Defendant City of Chicago, by and through one of its attorneys, Maxwell Evan Lisy, Assistant Corporation Counsel Supervisor for the City of Chicago, pursuant to this Court's order, ECF No. 151, submits the following status report:

The undesigned counsel is still scheduled to begin a jury trial in *Vikco Gluncic, MD v. City of Chicago*, 2023L005242, on July 28, 2025 in Cook County Circuit Court, Law Division. Therefore, the undersigned counsel for the City is unavailable to begin trial in this matter on July 28, 2025.

DATED: June 3, 2025

Respectfully submitted,

*/s/ Maxwell Evan Lisy*
MAXWELL EVAN LISY
Assistant Corporation Counsel
Attorney No. 6321014

Maxwell Evan Lisy, Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle St., Ste. 420
Chicago, Illinois 60602
(312) 742-0305
Atty. No. 6321014
Maxwell.lisy@cityofchicago.org